925 F.2d 420
 Walker (Larry)
v.
Township of Tewksbury, Township Committee of Twp. of
Tewksbury, Tewksbury Twp. Planning Board, Fuchs (Gerhard
H.), Hahn (Kenneth Lee), Lynch (James H., Jr.), Anderson
(George B.), Madigan (John P.), Moll (Peter E.), Halsey
(Charles W., Jr.), Width (Richard R.), Welsh (Harlen K.),
Metcalf (Robert W.), Fritz (Robert J.)
 NO. 90-5596
 United States Court of Appeals,
Third Circuit.
 JAN 30, 1991
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.